17337

S. H. WESSINGER, LLOYD STEELE, WILLIE KYZER, O. C. TAYLOR, V. V. TAYLOR, and all other persons interested in the old highway, do join as plaintiffs, Respondents, v. W. W. GOZA, L. L. SHULL, W. A. HOOK, J. L. SHARPE, BURT MACK, JOHN G. BOOZER, LEON GUNTER, REED HOOK, and THE BOARD OF COMMISSIONERS OF LEXINGTON COUNTY and THE STATE HIGHWAY DEPARTMENT, Appellants

(99 S. E. (2d) 395)

608

*Messrs. J. D. Carroll and R. Milo Smith,* of Lexington, *for Appellants,*

*Messrs. C. T. Graydon* and *Augustus T. Graydon,* of Columbia, *for Respondents,*

610

July 31, 1957.

PER CURIAM.

The order appealed from is supported, in addition to the authorities cited therein, by *Brown v. Hendricks,* 211 S. C. 395, 45 S. E. (2d) 603, and *Bethel M. E. Church v. City of Greenville,* 211 S. C. 442, 45 S. E. (2d) 841; and we find no error therein.

Let the order be reported as the judgment of this court.

TAYLOR, J., disqualified.